IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD WASHINGTON, | : | |
| Petitioner, | : | |
| | : | No. 1:19-cv-1461 |
| v. | : | |
| | : | (Judge Kane) |
| SUPERINTENDENT | : | |
| LAUREL HARRY, et al., | : | |
| Respondents | : | |

# ORDER

**AND NOW**, on this 23rd day of September 2019, in accordance with the Memorandum filed concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's motions for leave to proceed in forma pauperis (Doc. Nos. 3, 8) are **DENIED AS MOOT**;

2. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1) is **DISMISSED** for lack of jurisdiction pursuant to 28 U.S.C. § 2244(b)(2) without prejudice to Petitioner's right to seek pre-authorization to file a second or successive petition from the United States Court of Appeals for the Third Circuit under 28 U.S.C. § 2244(b)(3);

3. A certificate of appealability **SHALL NOT ISSUE**, see 28 U.S.C. § 2253(c)(2); and

4. The Clerk of Court is directed to **CLOSE** the above-captioned action.

                                                        s/ Yvette Kane
                                                        Yvette Kane, District Judge
                                                        United States District Court
                                                        Middle District of Pennsylvania